AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States Courts
Southern District of Texas
FILED

JAN 16 2026

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| RETTEW ASSOCIATES, INC., | ) |
| *Plaintiff* | ) |
| v. | ) |
| ENCINA DEVELOPMENT GROUP, LLC, | ) |
| *Defendant* | ) |

Civil Action No. 4:24-cv-01581-MWB

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     01/14/2026     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     01/15/2026

CLERK OF COURT

*Nicole R. Reynolds*

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| Rettew Associates, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:24-CV-01581 |
| Encina Development Group, LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* __Rettew Associates, Inc.__ recover from the defendant *(name)* __Encina Development Group, LLC__ the amount of __Four Hundred Thirty-One Thousand, Nine Hundred Thirty & 09/100__ dollars ($ __431,930.09__ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:  Post-judgment interest shall accrue on the amount of the judgment in accordance with 28 U.S.C. § 1961. In addition to the judgment amount and post-judgment interest, Plaintiff Rettew Associates, Inc. is entitled to recover all costs of executing the judgment against Defendant Encina Development Group, LLC as part of this judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge __Matthew W. Brann__ on
Order granting Motion to Approve Consent Judgment (Doc. 54)

Date: __January 14, 2026__

*CLERK OF COURT*

*Emily C. Aikey*
_____
*Signature of Clerk or Deputy Clerk*

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| RETTEW ASSOCIATES, INC., | ) |
| *Plaintiff* | ) |
| v. | ) |
| ENCINA DEVELOPMENT GROUP, LLC, | ) |
| *Defendant* | ) |

Civil Action No.  4:24-cv-01581-MWB

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     01/14/2026     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     01/15/2026

CLERK OF COURT

*Nicole R. Reynolds*
*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Rettew Associates, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  4:24-CV-01581 |
| Encina Development Group, LLC ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*   Rettew Associates, Inc.                              recover from the
defendant *(name)*                    Encina Development Group, LLC                    the amount of
 Four Hundred Thirty-One Thousand, Nine Hundred Thirty & 09/100   dollars ($  431,930.09  ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Post-judgment interest shall accrue on the amount of the judgment in accordance with 28 U.S.C. § 1961. In
addition to the judgment amount and post-judgment interest, Plaintiff Rettew Associates, Inc. is entitled to
recover all costs of executing the judgment against Defendant Encina Development Group, LLC as part of
this judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Matthew W. Brann                              on
Order granting Motion to Approve Consent Judgment (Doc. 54)

Date:   January 14, 2026                    *CLERK OF COURT*

                                  *Emily C. Aikey*
                    _____
                    *Signature of Clerk or Deputy Clerk*